DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC DAYS, CA Bar #184098
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
RICHARD DALEMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-CR-00385 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS<br>) CONFERENCE HEARING;<br>) ORDER THEREON |
| v. | ) |
| RICHARD DALEMAN, | ) Date: January 30, 2012<br>) Time: 9:00 A.M. |
| Defendant. | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above captioned matter now scheduled for December 19, 2011, **may be continued to January 30, 2012 at 9:00 a.m.**

This continuance is requested by counsel for the defendant to allow additional time for further case preparation, defense investigation and plea negotiations prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

1   The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2   justice, including but not limited to, the need for the period of time set forth herein for further defense
3   preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: December 14, 2011        By   /s/ Kathleen A. Servatius
                                    KATHLEEN A. SERVATIUS
                                    Assistant United States Attorney
                                    Attorney for Plaintiff

                                    DANIEL J. BRODERICK
                                    Federal Defender

DATED: December 14, 2011        By   /s/ Marc Days
                                    MARC DAYS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    RICHARD DALEMAN

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   December 16, 2011

                                    CHIEF UNITED STATES DISTRICT JUDGE