1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defenders
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  RICHARD DALEMAN

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   NO. 1:11-cr-00385 AWI-DLB
                                     )
12              Plaintiff,           )   STIPULATION TO CONTINUE MOTIONS
                                     )   SCHEDULE AND HEARING; ORDER
13       v.                          )
                                     )   Date:  July 9, 2012
14  RICHARD DALEMAN,                 )   Time:  1:00 PM
                                     )   Judge: Hon. Dennis L. Beck
15              Defendant.           )
                                     )
16  _____ )

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

19  attorneys of record herein, that the motions hearing now set for May 29, 2012, **may be continued to July**

20  **9, 2012, at 1:00 P.M.**, and that a new motions schedule be set as follows:

21       **Event:**              **Present Date:**              **Requested New Date:**

22       Motions Due            April 23, 2012                June 11, 2012
         Responses Due          May 14, 2012                  June 25, 2012
23       Hearing                May 29, 2012 - 1:00 P.M.      July 9, 2012 - 1:00 P.M.

24       The parties have been engaged in serious settlement negotiations. Since the last hearing there has

25  been a counter offer and counter to the counter offer. The parties have made significant progress in plea

26  negotiations and, in the event the case does not resolve, may be able to resolve the discovery issues that

27  ///

28  ///

1 would be the subject of a motion.

2     The continuance is requested by counsel for the defendant to allow counsel an opportunity to

3 review with the defendant the government's most recent offer and allow additional time to resolve the

4 parties discovery dispute or file an appropriate motion if necessary. The requested continuance will

5 conserve time and resources for both counsel and the court. AUSA Kathleen Servatius has no objection

6 to the requested continuance. The parties agree that the delay resulting from the continuance shall be

7 excluded in the interests of justice, including but not limited to, the need for the period of time set forth

8 herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest

9 of justice outweighs the interests of the public and the defendant in a speedy trial

10                               BENJAMIN B. WAGNER
                              United States Attorney

11

12 DATED: May 22, 2012            By:  /s/ Kathleen A. Servatius
                              KATHLEEN A. SERVATIUS

13                               Assistant United States Attorney
                              Attorney for Plaintiff

14

15                               DANIEL J. BRODERICK
                              Federal Public Defender

16

17 DATED: May 22, 2012            By:  /s/ Marc Days
                              MARC DAYS

18                               Assistant Federal Defender
                              Attorneys for Defendant

19                               Richard Daleman

20

21                           **O R D E R**

22     **IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for

23 good cause and the Court finds the interest of justice outweighs the interests of the public and the

24 defendant in a speedy trial.

25

26     IT IS SO ORDERED.

27     **Dated:   May 23, 2012**            **/s/ Dennis L. Beck**
                              UNITED STATES MAGISTRATE JUDGE

28