BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> RICHARD DALEMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:11-cr-00385 AWI-BAM <br><br> STIPULATION TO CONTINUE MOTIONS HEARING AND TO EXTEND TIME FOR FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS; ORDER |

    The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through counsel, Marc Days, hereby stipulate and agree to extend time for the government's response to the defendant's motions in this case to be filed on or before February 13, 2013, and continue the motions hearing currently scheduled for February 19, 2013 at 1:30 p.m. to March 4, 2013.

    The reason for this motion is that Ms. Servatius' father was hospitalized for a period of time and has recently passed away. She has been away from the office dealing with personal matters and needs time to properly review and respond to the issues addressed in the defendant's motions. Counsel for the defendant has no objection to the requested continuance.

    The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein,

and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

Dated: January 31, 2013                     BENJAMIN B. WAGNER
                                            United States Attorney

                                    BY:     /s/ Kathleen A. Servatius
                                            KATHLEEN A. SERVATIUS
                                            Assistant U.S. Attorney


Dated: January 31, 2013                      /s/ Marc Days
                                            Attorney for Richard Daleman

BENJAMIN B. WAGNER

```
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> RICHARD DALEMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 1:11-cr-00385 AWI-BAM <br><br> ORDER CONTINUING MOTIONS HEARING AND EXTENDING TIME FOR FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through counsel, Marc Days, having stipulated and agreed that the hearing on this matter be continued to March 4, 2013 and the government's response to the defendant's motions in this case be filed on or before February 13, 2013, and good cause appearing, the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial, therefore,

IT IS SO ORDERED.

Dated:   January 31, 2013                                    _____
                                                                           SENIOR  DISTRICT  JUDGE