BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RICHARD DALEMAN,<br><br>                Defendant. | CASE NO. 1:11-cr-00385 AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING AND TO EXTEND TIME FOR FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS |

      The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through counsel, Marc Days, hereby stipulate and agree to extend time for the government to respond to the defendant's motions in this case to be filed on or before April 3, 2013, and to continue the motions hearing currently scheduled for April 1, 2013 at 1:30 p.m. to April 22, 2013.

      The reason for this motion is that Ms. Servatius needs more time to properly respond to the defendant's motions. Counsel for the defendant has no objection to the requested continuance.

      The parties agree that the delay resulting from the continuance shall be excluded in the

/ / /

/ / /

1

interests of justice, including but not limited to, the need for the period of time set forth herein, and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated: March 22, 2013  BENJAMIN B. WAGNER
United States Attorney
BY: /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney

Dated: March 22, 2013  /s/ Marc Days
Attorney for Richard Daleman

BENJAMIN B. WAGNER
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare St., Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD DALEMAN, <br><br> Defendant. | CASE NO. 1:11-cr-00385 AWI <br><br> STIPULATION TO CONTINUE MOTIONS HEARING AND TO EXTEND TIME FOR FILING OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTIONS |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendant, by and through Marc Days, having stipulated and agreed that the hearing on this matter be continued to April 22, 2013, and the government's response to the defendant's motions in this case be filed on or before April 3, 2013, and good cause appearing therefore,

IT IS SO ORDERED.

Dated:  March 22, 2013       _____
                              SENIOR DISTRICT JUDGE

3