| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | MARC DAYS, Bar #184098 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorneys for Defendant |
| 6 | RICHARD DALEMAN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:11-CR-00385 AWI-BAM |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE MOTION |
| | ) HEARING; ORDER THEREON |
| v. | ) |
| | ) Date:  June 10, 2013 |
| RICHARD DALEMAN, | ) Time:  1:30 p.m. |
| | ) Judge: Hon. Anthony W. Ishii |
| Defendant. | ) |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the hearing on Defendant's Motion for a *Franks* Hearing and to Suppress Evidence, now scheduled for May 20, 2013, **may be continued to June 10, 2013, at 1:30 p.m.**

The reason for the request is defense counsel needs more time to investigate and prepare a reply. The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

///

///

1  The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2  justice, including but not limited to, the need for the period of time set forth herein for further defense
3  preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: May 16, 2013        By  /s/ Kathleen A. Servatius
KATHLEEN A. SERVATIUS
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: May 16, 2013        By /s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorneys for Defendant
RICHARD DALEMAN

**ORDER**

IT IS SO ORDERED.

Dated:   May 16, 2013                         _____
SENIOR  DISTRICT  JUDGE

Stipulation to Continue Motions
Hearing; [Proposed] Order Thereon            2